IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN L. WILLIAMS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 11-0307-CV-W-ODS |
| | ) | Crim. No. 07-00272-02-CR-W-ODS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

On August 23, 2011, the Court denied Movant's request for postconviction relief pursuant to 28 U.S.C. § 2255. On September 3, 2013, Movant filed a motion (which constituted his third such motion) seeking relief pursuant to Rule 60. On September 9, the Court dismissed the motion (as it had with the respect to the prior two such motions) because it was a second or successive request for postconviction relief. The Docket Sheet reflects that a copy of the September 9 Order was mailed to Movant. Movant then filed a Motion to Vacate and Re-Issue, asking the Court to vacate the September 9 Order and re-issue it because Movant was out of time for filing a Notice of Appeal. This motion was denied on January 3, 2014. Now pending is Movant's Motion for Reconsideration, which asks the Court to reconsider its decision not to vacate and reissue its order denying Movant's Third Motion for relief under Rule 60. The Motion for Reconsideration (Doc. # 54) is denied. A copy of this Order shall be mailed to Movant at the following address:

John L. Williams
Reg. No. 20194-045
USP Tucson
P.O. Box 24550
Tucson, Arizona  85734

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 3, 2014      UNITED STATES DISTRICT COURT